AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

_Cathey Warver_
Plaintiff/Petitioner
v.
_Satya Nadella (Microsoft) + etc._
Defendant/Respondent

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _1,024.00_, and my take-home pay or wages are: $ _1,024.00_ per (specify pay period) _monthly_.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☐ No
(b) Rent payments, interest, or dividends            ☑ Yes    ☐ No
(c) Pension, annuity, or life insurance payments     ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments    ☐ Yes    ☑ No
(e) Gifts, or inheritances                           ☐ Yes    ☑ No
(f) Any other sources                                ☐ Yes    ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ _N/0_ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: 135.00 loans, 784.00 rent monthly

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: yes student loans - $20,000.00 & other

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 10-16-2024

Cathey Warner
*Applicant's signature*

Cathey-Celie Warner (without Reserves)
*Printed name*

10/10/2024

Cathy Warner) Plaintiff

INTENT TO SUE

vs

Microsoft:

Parties Involved:

Satya Nadella, Chairman + CEO.

Sandra E. Patterson – Lead Independent Director

Penny Pritzker, Carlos Rodriguez, Charles W. Scharf,

John W. Stanton, Emma Walmsey, C.E.O., G.SK.

Fred ~~Hump~~ Humphries V.P. Trustee

Mr. Rodriguez Carlos – Trustee
Sandra Peterson – Trustee
Charles Scharf
Emma Walmsley..

Reid Hoffman –

Hugh Johnston VP/C.F.O.
Jiri Lest – V.P.
Catherine ~~Mac~~ ~~Gregor~~ MacGregor
Mark Mason – C.F.O.

Cyberfraud / blocked from using microsoft software (purchased) identity theft; Microsoft copies all Documentation deceptive practices; defraud investor / consumer.

Case 4:24-mc-01649  Document 1  Filed on 10/11/24 in TXSD  Page 3 of 30

United States Courts
Southern District of Texas
FILED

OCT 11 2024

Nathan Ochsner, Clerk of Court

Cathy Warner
3519 E. Walnut Street
C/O Post Office Box 1126
Pearland, TX. 77581